738

## Commonwealth *v.* Dennis, Appellant.

Before DURHAM, J., without a jury.

Submitted September 12, 1975. *Gilbert E. Toll,* for appellant; *Martin L. Trichon, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* DeSantis, Appellant.

Before McCLELLAND, J.

Submitted November 25, 1975. *Harold J. Bender,* Assistant Public Defender, for appellant; *Michael Veshecco,* Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.